IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 09-1322-TUC-RCC(GEE) |
| Plaintiff, | **ORDER** |
| vs. | |
| NOAH MICHAEL BENJAMIN, | |
| Defendant. | |

The Court has reviewed all the pleadings, the transcript from the motion hearing, Defendant's objections and the Government's response filed thereto,

The Court **ADOPTS** the Magistrate Judge's Report and Recommendations (#43).

**IT IS THEREFORE ORDERED DENYING** Defendant's Motion for Disclosure filed on October 28, 2009 (#28)

Deadlines remain as follows:

    Plea deadline:    April 2, 2010 by 3:00 p.m.

    Jury trial:    April 20, 2010 at 9:30 a.m.

DATED this 3rd day of March, 2010.

Raner C. Collins
United States District Judge